FILED

06/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0306

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0306

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

PAMELA JO POLEJEWSKI,

Defendant and Appellant.

On June 1, 2020, Appellant Pamela Jo Polejewski, representing herself, filed a Notice of Appeal in this matter, which involves an Order of the Eighth Judicial District Court, Cascade County, requiring her to post bond or face forfeiture of animals seized by law enforcement pursuant to § 27-1-434, MCA. On June 8, 2020, Appellant Polejewski moved this Court for a stay of judgment of the District Court's order pending the outcome of this appeal. Polejewski has now requested that this Court expedite ruling on her motion to stay because the District Court has ordered that the County may proceed with forfeiture and disposition of the seized animals notwithstanding Polejewski's pending appeal and motion to stay before this Court.

Having reviewed Polejewski's filings in this appeal, and given the recent significant amendments to the applicable statute, we believe it is appropriate to order a response to Polejewski's motion to stay.

THEREFORE,

IT IS ORDERED that the State of Montana is granted twenty days from the date of this Order, to prepare, file, and serve a response(s) to Polejewski's motion for stay.

IT IS FURTHER ORDERED that the proceedings in the underlying case, including the forfeiture and disposal of the subject animals, are STAYED pending further Order of this Court.

The Clerk is directed to provide immediate notice of this Order to Appellant Pamela Jo Polejewski, all counsel of record in the Eighth Judicial District Court, Cascade County, Cause No. BDV-20-276A, and the Honorable Gregory G. Pinski, presiding Judge.

Dated this 11th day of June, 2020.

Chief Justice

Justices